Dismissed and Memorandum Opinion filed March 16, 2006









Dismissed and Memorandum Opinion filed March 16, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00928-CV

____________

 

DAVID
AGUERO, Appellant

 

V.

 

STEPHANIE
LAUGHLIN and GRINNELL MUTUAL GROUP, Appellees



_____________________________________________________



 

On Appeal from the 280th
District Court

Harris
County, Texas

Trial Court Cause No. 04-42633



_____________________________________________________



 

M E M O R A N D U M   O P I N I O N

 

This is an appeal from a judgment signed August 17,
2005.  The clerk=s record was filed on November 4,
2005.  No reporter=s record was taken.  Accordingly, appellant=s brief was due December 5,
2005.  To date, appellant has not filed
his brief.  








On February 9, 2006, this court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before March 6, 2006, the court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 16, 2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Guzman.